# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>LUIS CERVANTES,<br><br>Defendant | Case No. 2:22-cr-224-RFB-BNW<br><br>ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice Information filed against defendant, LUIS CERVANTES.

DATED this 13th day of February, 2023.

JASON M. FRIERSON
United States Attorney

/s/ Christopher Burton

CHRISTOPHER BURTON
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 14th day of February, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE